# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

JEFFREY M. SOLOMON and
JULIA-NEANA COLLARD,

Appellants,

v.

CITIBANK, N.A., as TRUSTEE FOR
AMERICAN HOME MORTGAGE
ASSETS TRUST,

Appellee.

No. 2D2025-0302

_____

January 2, 2026

Appeal from the Circuit Court for Pinellas County; Thomas M. Ramsberger, Judge.

Jeffrey M. Solomon and Julia-Neana Collard, pro se.

Rosannie T. Morgan of Burr & Forman, LLP, Tampa, for Appellee.

PER CURIAM.

    Affirmed.

VILLANTI, MORRIS and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.